UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

------------------------------------

| | |
|---|---|
| Don Sanford, Noreen Sanford, Don's Crumble Beef Sandwich Shoppe, LLC f/k/a Maid-Rite of Crossroads, LLC, Paula Quam, Donavon Quam, Detroit Lakesmaid-Rite, LLC, Scott Suhr, Roxanna Suhr, Rosco, LLC, Randolph Shermo, Cindy Shermo, Raci, Inc., Dana Rosenberg, Even Rosenberg, Evan & Dana's Maid-Rite, LLC, Evan & Dana's Maid-Rite II, LLC, Vance Skinner, Brendan Barrett, Skinner-Barrett Enterprises, Inc., Marvin Collier, Cynthia Collier, Allison Collier and Collier Family Maid-Rite Diner, Inc., | File No.: 13-cv-2250 (MJD/LIB) |

Plaintiffs,

v.

Maid-Rite Corporation, Bradley L. Burt and Tania Burt,

Defendants,

Larkin Hoffman Daly & Lindgren, Ltd.,

Interested Party.

## NOTICE OF APPEAL

Notice is hereby given that Interested Party Larkin Hoffman Daly & Lindgren, Ltd. ("Larkin Hoffman"), counsel for Defendants Maid-Rite

Corporation, Bradley L. Burt and Tania Burt, ("Defendants") hereby appeals to the United States Court of Appeals for the Eighth Circuit. Larkin Hoffman appeals from the Order [Docket No. 153] of the United States District Court for the District of Minnesota (The Honorable Michael J. Davis) dated June 5, 2015, which overruled Larkin Hoffman's objections to the Order [Docket No. 132] of Magistrate Judge Leo I. Brisbois denying Larkin Hoffman's motion to withdraw as counsel for Defendants.

Dated: June 29, 2015

*/s/ Jon Swierzewski*
Jon S. Swierzewski (108107)
Larkin Hoffman Daly & Lindgren Ltd.
8300 Norman Center Drive
Suite 1000
Minneapolis, Minnesota  55437
Email: jswierzewski@larkinhoffman.com
(952) 835-3800

*Attorneys for Larkin Hoffman Daly & Lindgren, Ltd.*

4852-2942-5701, v. 1