UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

------------------------------------

DON SANFORD, NOREEN SANFORD, DON'S CRUMBLE BEEF SANDWICH SHOPPE, LLC FKA MAID-RITE OF CROSSROADS, LLC, PAULA QUAM, DONA VON QUAM, DETROIT LAKESMAID-RITE, LLC, SCOTT SUHR, ROXANNA SUHR, ROSCO, LLC, RANDOLPH SHERMO, CINDY SHERMO, RACI, INC, DANA ROSENBERG, EVAN ROSENBERG, EVAN & DANA'S MAID-RITE, LLC, EVAN & DANA'S MAID-RITE II, LLC, VANCE SKINNER, BRENDAN BARRETT, SKINNER-BARRETT ENTERPRISES, INC., MARVIN COLLIER, CYNTHIA COLLIER, ALLISON COLLIER AND COLLIER FAMILY MAID-RITE DINER, INC.,

     Plaintiffs,

  v.

MAID-RITE CORPORATION, BRADLEY L. BURT AND TANIA BURT,

     Defendants.

File No.  13-cv-2250 (MJD/LIB)

**MOTION FOR STAY**

------------------------------------

  Pursuant to the Court's inherent authority to grant a stay of proceedings, the law firm of Larkin Hoffman Daly & Lindgren, Ltd. ("Firm") moves for a stay of proceedings

until the Firm has had an opportunity to seek immediate collateral order review with the Eighth United States Court of Appeals of the denial of the Firm's motion to withdraw.

Dated:  July 1, 2015  *s/Cynthia M. Klaus*
James M. Susag (261038)
Cynthia M. Klaus (27883X)
Bryan J Huntington (395762)
Larkin Hoffman Daly & Lindgren Ltd.
8300 Norman Center Dr.
Suite 1000
Minneapolis, Minnesota 55437
(952) 835-3800

*Attorneys for Defendants Maid-Rite Corporation, Bradley L. Burt and Tania Burt*

4813-7372-2661, v.  1

2.